JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-141-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO EXTEND DUE DATE |
| | ) | FOR FILING PRETRIAL MOTIONS |
| SCOT RICHARD CARMICHAEL, | ) | |
| Defendant. | ) | |

THE COURT having considered the unopposed defense motion for continuance of the pretrial motions due date, the records and files herein, the Court hereby makes the following findings:

1.      The Court finds that a failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2.      The Court further finds that the ends of justice will be served by ordering an extension for the time in which to file pretrial motions.

///

///

///

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DUE DATE FOR FILING
PRETRIAL MOTIONS
(*U.S. v. Scot Carmichael*; CR16-141-RAJ)      - 1

1    IT IS THEREFORE ORDERED that Defendant's unopposed motion (Dkt. #16)

2  is GRANTED.  All pretrial motions, including motions in limine, shall be filed no later

3  than March 23, 2017.

4    DATED this 17th day of March, 2017.

5

6  _____

7  The Honorable Richard A. Jones
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DUE DATE FOR FILING
PRETRIAL MOTIONS
(*U.S. v. Scot Carmichael*; CR16-141-RAJ)    - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**