1

JUDGE RICHARD A. JONES

2

3

4               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
5                        AT SEATTLE

6

UNITED STATES OF AMERICA,          )  No.  CR16-141-RAJ
7                                   )
          Plaintiff,                )
8                                   )  ORDER GRANTING UNOPPOSED
     v.                             )  MOTION TO CONTINUE TRIAL AND
9                                   )  PRETRIAL MOTIONS DUE DATE
SCOT RICHARD CARMICHAEL,            )
10                                  )
          Defendant.                )
11  _____)

12        Based on the unopposed motion of the defendant to continue the trial date and

13  extend the due date for pretrial motions, the Court makes the following findings of fact

14  and conclusions of law:

15        1.  The ends of justice served by granting this continuance outweigh the best

16  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

17        2.  Proceeding to trial absent adequate time for the defense to prepare would

18  result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

19        3.  The defense needs additional time to explore issues of some complexity,

20  including all relevant issues and defenses applicable to the case, which would make it

21  unreasonable to expect adequate preparation for pretrial proceedings or for trial itself

22  within the time limits established by the Speedy Trial Act and currently set for this

23  case. 18 U.S.C. § 3161(h)(7)(B)(ii).

24

25

26

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Scot Carmichael*; CR16-141-RAJ)  - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    4.  Taking into account the exercise of due diligence, a continuance is necessary

2  to allow the defendant the reasonable time for effective preparation of his defense.

3  18 U.S.C. § 3161(h)(7)(B)(iv).

4        NOW, THEREFORE,

5        IT IS HEREBY ORDERED that the Defendant's unopposed motion (Dkt. #18)

6  is GRANTED and the trial date is continued from May 1, 2017, to October 10, 2017.

7        IT IS FURTHER ORDERED that the resulting period of delay from the date of

8  this order through the new trial date of October 10, 2017, is hereby excluded for speedy

9  trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

10        All pretrial motions, including motion in limine, shall be filed no later than

11  August 31, 2017.

12        DATED this 29th day of March, 2019.

13

14  _____

15  The Honorable Richard A. Jones
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*U.S. v. Scot Carmichael*; CR16-141-RAJ)  - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**