JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-141RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| SCOT RICHARD CARMICHAEL, | ) | |
| Defendant. | ) | |

THE COURT having considered the unopposed defense motion for continuance of the pretrial motions due date, the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering an extension for the time in which to file pretrial motions.

IT IS THEREFORE ORDERED that motion (Dkt. #24) is GRANTED. The time within which all pretrial motions must be filed in this case, including motions in limine, is extended from August 31, 2017, to September 14, 2017.

DATED this 31st day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*Scot Carmichael*; CR16-141-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100